DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIANA BARR,**
Appellant,

v.

**LENNARD ROAD PARTNERS, LTD.,** and
**CONCORD MANAGEMENT, LTD.,**
Appellees.

No. 4D2024-1511

[October 23, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett M. Waronicki, Judge; L.T. Case No. 2022CA002060.

Salvatore DiGiacomo of Law Office of Frank DiGiacomo, Stuart, for appellant.

Michael A. Rosenberg of Cole Scott & Kissane, P.A., Plantation, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***